IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

University Millennium Park, LLC,          8:10-bk-29022
Debtor.          Involuntary Chapter 7

_____/

### Emergency Joint Motion to Dismiss Involuntary Petition, or For Relief from the Automatic Stay.

Comes now Darrell Hanson and Phoenix Development Group, LLC, by and through the undersigned attorneys, and respectfully move this Court to dismiss the involuntary bankruptcy petition filed herein, or alternatively to grant special and limited relief from the automatic stay, under the general powers provided under 11 USC §105, and in support thereof would show as follows:

1. The involuntary petition was filed by two individuals, Frank Kristan and Ben Handa (the Petitioners), against a Florida Limited Liability Company, University Millennium Park, LLC ("UMP").

2. The Petitioners incorrectly identified UMP as an alias for other entities (Sydney Mines Reclamation, LLC and SS Group Investments, LLC) and for an individual, Darrell Hanson.

3. Phoenix Development Group, LLC holds a second mortgage on property owned by the debtor, and is the successful plaintiff in a mortgage foreclosure action in Hillsborough County, Fl (Case # 08-27272). Foreclosure sale was set by order of Judge James Arnold (copy attached as Exhibit A) for December 3, 2010 at 2:00 p.m. to satisfy the second mortgage indebtedness of more than $5.8 million.

4. Darrell Hanson holds a first mortgage of more than $16 million on the real property titled

in the name of the Debtor, but has not yet instituted foreclosure proceedings. SS Group Investments holds 75.5% of the membership units of UMP.

5. Phoenix Development Group, LLC, SS Group Investments, LLC and Darrel Hanson prevailed in an arbitration action brought by Arthur R. Wintle, Jr., where the arbitration panel confirmed the validity and enforceability of the first and second mortgage. Arthur R. Wintle Jr. has filed an appeal of Judge Arnold's order confirming the arbitration award, but has not filed a supercedeas bond to stay the enforcement of Judge Arnold's foreclosure judgment.

6. Ben Handa is a business partner of Arthur R. Wintle, Jr., and Frank Kristan is a business associate of Ben Handa. Upon information and belief, the involuntary petition was filed solely to delay the foreclosure sale, and done to avoid posting a bond for the appeal, or for other improper purposes.

7. Ben Handa is not a creditor of UMP, but had filed a lawsuit in Hillsborough County against SS Group investments and Darrell Hanson on a promissory note. (Case #07-CA-6173), but a final judgment (copy attached as Exhibit B) was entered in favor of Darrell Hanson and SS Group Investments by Judge Charles E. Bergman, disposing of all claims under the promissory note.

8. Frank Kristan is also not a creditor of UMP, but did file an action subsequent to the suit brought by Ben Handa, in Virginia, seeking to collect on the same note. (Virginia Case # CL10-1767-3). An order of dismissal (copy attached as exhibit C) was entered by Judge T.J. Markow on September 15, 2010.

9. Petitioners have failed to pay filing fees, and have failed to allege or attach documents to show standing under 11 USC §303(b)(2), as there is no allegation that the debtor has less than 12 creditors. University Millennium Park owns over 1800 acres in Hillsborough County, and has more than 12 creditors.

10. Frank Kristan and Ben Handa had previously endeavored to file an involuntary petition

against UMP (case # 08-20660-MGW) but such petition was dismissed by order of Judge Michael Williamson (copy attached as Exhibit D).

11. The involuntary petition before this court was filed in bad faith, and solely for the purpose of harassment, delay or revenge against Darrell Hanson, SS Group Investments, LLC and Phoenix Development Group, LLC.

12. As an alternative to dismissal, if the Court believes that further hearings or consideration is required, Darrell Hanson and Phoenix Development Group suggest that it would be appropriate to issue an order granting relief from the stay, in order to allow the scheduled foreclosure sale to proceed, but prohibiting the issuance of a certificate of title until this case is dismissed or until further order of this Court.

WHEREFORE, Darrell Hanson and Phoenix Development Group, LLC respectfully request that this Court enter an order dismissing the involuntary bankruptcy, or for such other relief as this Court deems just and equitable.

*/s/ Patrick T. Lennon*
Patrick T. Lennon
Florida Bar No. 836818
MACFARLANE FERGUSON & McMULLEN
P.O. Box 1531
Tampa, FL  33601
(813) 273-4200
Attorney for SS GROUP INVESTMENTS, LLC
and Darrell Hanson

and

*/s/ Lauren L. Valiente*
Lauren L. Valiente
Florida Bar No. 034775
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
813-225-5443 (direct line)
813-221-4210 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Joint Motion to Dismiss Involuntary Petition, or For Relief from the Automatic Stay has been furnished this 2nd day of December, 2010, by electronic mail to Frank Kristan and electronic notification to all parties entitled to notice under the applicable rules, and by U. S. Mail on December 3, 2010 to Benjamin Handa at 516 97th Avenue North, Naples Florida 34108 and Frank Kristan at P.O. Box 1518, Williamsburg, Va 23187

                                           */s/ Patrick T. Lennon*
                                           Patrick T. Lennon